UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| v. | Case No. 2:24-cv-01044-KJM-CKD |
| GRINDSTONE INDIAN RANCHERIA OF WINTUN-WAILAKI INDIANS OF CALIFORNIA, | ORDER ENTERING CONSENT DECREE |
| Defendant. | |

Upon review of the Unopposed Motion for Entry of Consent Decree and Brief in Support thereof submitted by the United States of America, the court finds that entry of the Consent Decree is fair, adequate, reasonable and conforms to applicable laws.  Accordingly, the Unopposed Motion for Entry of Consent Decree (ECF No. 5) is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: November 18, 2024.

_____
SENIOR UNITED STATES DISTRICT JUDGE

*United States of America v. Grindstone Indian Rancheria, Case No. 2:24-cv-01044-KJM-CKD*
Order Entering Consent Decree